Scott S. Harris, Clerk
U.S. Supreme Court
Washington, DC 20543

Thomas E. Noble
02218-015
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105

(COPY HAND-COPIED VERBATIM)

FILED
SEP 06 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

9-3-18

Dear Mr. Harris,

1.) As I mentioned to the Court several times previously, Judge Leonard Stark of the D. Del. U.S. District Court has been **criminally abetting**, covering up, and himself committing **ongoing crimes** to obstruct justice, in common scheme with others similarly controlled by the **Illuminati**.

2.) I also several times previously mentioned that I, **as my own lawyer**, advised myself to invoke my 5th Amendment right to be silent until **after** the Court had re-assigned my [unconstitutionally prosecuted] criminal case at the D. Del., Crim. No. 18-15, to an impartial court outside the 3rd Circuit's jurisdiction **not** controlled by the Illuminati.

3.) And I did also alert the Court previously [by sending it a copy of a letter by me addressed to **conflict** (Federal Public Defender) standby counsel, Ms. Bateman] that **said criminal** in bad faith was using my invocation of said right for him to pretend that my silence was a symptom of "lack of awareness," as an illicit pretext to schedule me to be sent to Butner for competency evaluation. I also noted that said criminal, so doing, would only force me to similarly invoke **my right to be silent** with any prison **mental health staff** at Butner as well, **as agents of said criminal**.

4.) Nonetheless, today I was told by prison staff that I was **still** being sent to Butner, and my property was packed up for my transfer on 9-5-18.

5.) Prison staff refused to tell me the address for Butner, so I am forced to ask you to please find out the new address for me.

6.) As I also mentioned in the aforesaid letter copy, I have also been **refusing to accept** any mail from said U.S. District Court, the 3rd Circuit, or any of its other district courts.

7.) Further, I have previously reported to the Court that federal prison officials have been **unconstitutionally opening** all my incoming mail from courts and other legal mail **not in my presence**, contrary to the Court's case laws, then stapling it shut before giving it

— continued on page 2 —

TO ME. AND PRISON STAFF TOLD ME IT WAS HIGHLY UNLIKELY THAT SAID MAIL WAS RETURNED TO THE COURTS [AFTER PRISON OFFICIALS UNCONSTITUTIONALLY OPENED IT].

8.) THE COURT IS ALREADY WELL AWARE THAT, IN MY FOREGOING 5-7-18 PETITION AND RELATED DOCUMENTS, I HAVE APPRISED THE COURT IN CONSIDERABLE DETAIL OF THE FACT THAT IMPARTIAL COURT REMEDIES ARE NOT AVAILABLE TO ME AT THE 3RD CIRCUIT, ITS DISTRICT COURTS, OR STATE COURTS IN ITS JURISDICTION. AND HAVE NOT BEEN FOR SEVERAL DECADES. SO THAT IT WOULD BE AN UTTER WASTE OF TIME FOR ME TO FURTHER ATTEMPT TO SEEK REMEDIES AT SAID COURTS.

9.) ERGO, WHY I HAVE INVOKED MY RIGHT TO BE SILENT, AND ALSO AM REFUSING TO ACCEPT MAIL FROM THOSE COURTS.

10.) PLEASE FIND OUT WHERE I AM, AND TELL ME THE CASE NUMBERS FOR MY FOUR PETITIONS SENT TO THE COURT, DATED 5-7-18, 6-7-18, 6-10-18, AND 7-28-18, RESPECTIVELY. AND ALSO PLEASE SEND ME COPIES OF SAID PETITIONS AND ALL RELATED DOCUMENTS.

SINCERELY,

THOMAS E NOBLE, PRO SE



NOBLE, THOMAS E
07218-015
FDC PHILADELPHIA
P.O. BOX 562
PHILADELPHIA, PA 19105

**FILED**
SEP 06 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CLERK'S OFFICE
D. DEL. U.S. DISTRICT COURT
844 N. KING ST.
WILMINGTON, DE 19801

PHILADELPHIA PA 191
04 SEP 2018 PM 4 L

U.S.M.S. X-RAY

19801-357099