IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 18-15-LPS |
| | ) | |
| THOMAS E. NOBLE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this ⅃ ᛁᛃ ᚱ day of **November, 2018,**

IT IS HEREBY ORDERED that the government shall file a joint status report, on behalf

of the government and stand-by counsel, on or before **November 30, 2018.**

IT IS FURTHER ORDERED that the time between the date of this order and November

30, 2018 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

_____

UNITED STATES DISTRICT JUDGE